**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

KARL ASHANTI,

                                  Plaintiff(s),

-against-

THE CITY OF NEW YORK, P.O. JOHN A.
SHAPIRO, Shield No. 12753 (Tax Id. No. 949655),
Individually and in his Official Capacity, P.O. LUIGI
TIRRO, Shield No. 5819 (Tax Id. No 964803),
Individually and in his Official Capacity, and
POLICE OFFICERS "JOHN DOE" # 1-10,
Individually and in their Official Capacity (the name
John Doe being fictitious, as the true names are
presently unknown),

                                  Defendants.
-------------------------------------------------------------------x

STIPULATION OF
DISMISSAL WITH
PREJUDICE AS TO
ALL FEDERAL
CLAIMS OF ANY TYPE
AGAINST ALL
DEFENDANTS

19-cv-05660 (WHP)

       **IT IS HEREBY STIPULATED AND AGREED**, between the parties herein that all federal claims are dismissed with prejudice as against all defendants, including the City of New York, John A. Shapiro, Luigi Tirro, and Police Officers "John Doe" # 1-10. This necessarily includes all federal claims as pled in Plaintiff's complaint, as well as any unpled federal claims that Plaintiff could have, but did not, plead in his complaint.

A copy of this stipulation shall be deemed an original for all purposes and may be filed with the Clerk of the Court without further notice to any party.

Once this case is remanded to the Supreme Court of the State of New York, New York County, this stipulation serves to dismiss with prejudice all of Plaintiff's federal claims, including any federal claims as pled in the complaint and any potential federal claims that could have, but were not, pled in any complaint.

Dated: New York, New York
       June 25, 2019

*/s/ Jonathan Sherwin*
Jonathan Sherwin
For ZACHARY CARTER, Corp. Counsel
Attorney for Defendant City of New York
100 Church Street, 4th Floor
New York, NY 1007
(212) 356-3165

*/s/ Gerald Cohen*
Gerald Cohen.
Cohen & Fitch, LLP
Attorney for Plaintiff
225 Broadway Suite 2700
New York, NY 10007
(212) 374-9115

> On consent of the parties, this case is remanded to the Supreme Court of the State of New York, New York County. The Clerk of Court is directed to mark this case as closed.

Dated: July 3, 2019
     New York, New York

SO ORDERED:

*/s/ William H. Pauley*
WILLIAM H. PAULEY III
U.S.D.J.

2